UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00426

**Jorge Alvarez, Jr.,**
*Plaintiff,*

v.

**Gregg County Sheriff's Office,**
*Defendant.*

### ORDER

Plaintiff Jorge Alvarez, Jr., proceeding pro se and *in forma pauperis*, filed this civil rights lawsuit under 42 U.S.C. § 1983. At the time he filed the lawsuit, plaintiff was incarcerated at the Gregg County Jail. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On September 29, 2023, the magistrate judge issued a report recommending that this case be dismissed without prejudice for plaintiff's failure to comply with the court's order to amend his complaint and failure to notify the court of his change of address, which resulted in the return of the court's mail as undeliverable. Doc. 7. A copy of the report was mailed to plaintiff, but it was also returned as undeliverable due to plaintiff's failure to notify the court of his current address. Doc. 9. The plaintiff did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on November 8, 2023.*

J. CAMPBELL BARKER
United States District Judge